UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.

Amer Ahmad,
    Defendant.

Case No. __2:13cr183(1)__
Judge Michael H. Watson

**CRIMINAL SENTENCING MINUTES**
before
**Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: **December 1, 2014**    Time: Commenced _3:30_ Concluded _4:30_ Total _1 hour_
United States Attorney: __Doug Squires/Eric Gibson__  Defendant Attorney: __Karl Schneider/Trina Goethals__

✓ Dft plead to Count(s) __1 & 2__ of (Indictment) Information
✓ Motion filed by USAO to dismiss Count(s) __3-8__ of Indictment

**Procedure**:

✓ Sentencing
___ Deft Sworn
___ Supervised Release Violation hearing held.
✓ PSI reviewed by the parties.
✓ No Objections ___ Objections ___ Plaintiff ___ Defendant
✓ Considered for sentencing (___ letter(s) from _____; ___ sentencing memo from _____;
   ___ other _____
___ Motion filed by USA for downward departure. ___ Side bar held. ___ Court ordered in open Court _____
✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice

**Sentencing**:

✓ Defendant sentenced.
___ Probation ___ Years
✓ Custody ___ Months (remanded/vol sur.)
*5 years as to Ct 1 & 10 years as to Ct 2 to run consecutively*
✓ Supervised Release __3__ Years ( Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

___ Fine $_____ (interest waived)
✓ Special Assessment $ __200.00__
___ Restitution $_____
✓ Forfeiture (see J&C)
___ See J&C for Special Instructions re: payment
___ Denial of Benefits (see J&C)

| ✓ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | ___ No access to computer online service | ✓ Turn over financial info to USPO |
|---|---|---|---|
| ✓ No new lines of credit | ___ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service (___ months) | ___ No alcohol | ✓ Mental Health Treatment | ✓ drug testing and treatment |
| ___ IFRP | ___ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | ___ Court to recommend facility near |